105 F.3d 463
 Kathleen A. GEORGE, Plaintiff-Appellant,
v.
Luis S. CAMACHO, personally and in his capacity as Acting
Director and Director of the CNMI Office of Personnel
Management; Agnes M. McPheters, personally and in her
capacity as President of Northern Marianas College; Eugene
A. Santos, personally and in his capacity as Chairman of the
CNMI Civil Service Commission and the Commonwealth of the
Northern Mariana Islands, Defendants-Appellees.
 Nos. 95-17195, 96-15012.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 15, 1997.
 
 Before: HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.